IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.

UNITED STATES OF AMERICA,

    Petitioner,

    v.

RAJARAM K. MATKARI,

    Respondent.

## PETITION TO ENFORCE IRS SUMMONS

The United States of America ("United States"), by and through undersigned counsel, hereby petitions this Court for an order enforcing the Internal Revenue Service ("IRS") administrative summons served on the Respondent, Rajaram K. Matkari. In support, the United States avers as follows:

1.    This court has jurisdiction under 26 U.S.C. §§ 7402(b), 7604(a) and 28 U.S.C. § 1340, 1345.

2.    Venue is proper in the District of Colorado because Respondent resides in Colorado.

3.    Heather A. Styron is a duly commissioned Revenue Agent employed by the IRS in the Small Business/Self Employed Division, with a duty post in Denver, Colorado, and is authorized to issue IRS summonses pursuant to the authority contained in 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, and IRS Delegation Order No. 25-1. Declaration of Heather A. Styron ("Styron Decl."), at ¶ 1.

1

4. Revenue Agent Styron is conducting an examination for the purpose of determining the correct federal income tax liabilities of Respondent Rajaram K. Matkari for the taxable years 2011 through 2014, and whether the IRS should assess penalties against Mr. Matkari in relation to his failure to properly report his interest in foreign bank accounts. Styron Decl., at ¶ 4.

5. Pursuant to the above-described investigation, on February 27, 2018, Revenue Agent Styron issued an IRS administrative summons to Respondent directing him to appear before her on March 12, 2018, at 9:00 a.m., at the place identified in the summons. Styron Decl., at ¶ 11. The summons directed Respondent to appear and to give testimony and produce for examination certain books, papers, records, or other data as described in the summons. *Id.*

6. On February 27, 2018, Revenue Agent Michael A. Salas personally served a copy of the summons on Respondent. Declaration of Michael A. Salas ("Salas Decl."); at ¶ 5; Styron Decl., at ¶ 12.

7. Also on February 27, 2018, Revenue Agent Salas notified Mr. Michael Arvin, Respondent's representative, of the summons by certified mail. Salas Decl., at ¶ 6; Styron Decl., at ¶ 12.

8. The Respondent failed to appear on March 12, 2018, and, to date, has failed to comply with the summons. Styron Decl., at ¶ 13.

9. All administrative steps required by the Internal Revenue Code for the issuance of the IRS summons have been followed. Styron Decl., at ¶ 18.

10. The testimony and documents described in the summons are not already in the possession of the IRS. Styron Decl., at ¶ 14.

11. The testimony, books, records, papers, and other data requested by the summons are necessary to properly investigate and determine Mr. Matkari's income tax liabilities for the taxable years 2011 through 2014, and to determine if Mr. Matkari is liable for any penalties stemming from his failure to properly file information returns with respect to his foreign bank account activity during the taxable years 2011 through 2014. Styron Decl., at ¶ 15-16.

12. No Justice Department referral is in effect within the meaning of 26 U.S.C. § 7602(d)(2) with respect to Respondent for the years under investigation. Styron Decl., at ¶ 17.

13. In order to obtain enforcement of a summons, the United States must establish that the summons: (1) is issued for a legitimate purpose; (2) seeks information relevant to that purpose; (3) seeks information that is not already within the IRS's possession; and (4) satisfies all administrative steps required by the Internal Revenue Code. *United States v. Powell*, 379 U.S. 48, 57-58 (1964).

14. The attached Declarations of Revenue Agent Styron and Revenue Agent Salas establish the United States' *prima facie* showing under *Powell*. As such, Respondent now has the burden of coming forward to oppose enforcement.

WHEREFORE, the United States respectfully prays as follows:

A. That this Court enter an order directing the respondent to show cause in writing, if any, why he should not comply with and obey the aforementioned IRS summons and every requirement thereof;

B. That this Court enter an order directing the respondent to fully obey the subject summons and each requirement thereof, by ordering the attendance, testimony, and production required and called for by the terms of the summons, before Revenue Agent Styron, or

      any other proper officer or employee of the IRS, at such time and place as may be set by Revenue Agent Styron or any other proper officer or employee of the IRS;

C. That the United States recover its costs incurred in maintaining this proceeding; and

D. That the Court grant such other and further relief as the Court deems proper or justice may require.

Respectfully submitted this 23rd day of March, 2018

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General

        */s/ Rika Valdman*
        RIKA VALDMAN
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Washington, D.C. 20044
        202-514-6056 (v)
        202-307-0054 (f)
        Rika.Valdman@usdoj.gov

        ROBERT C. TROYER
        United States Attorney
        District of Colorado

        *Attorneys for the United States of America*