IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.

UNITED STATES OF AMERICA,

    Petitioner,

    v.

RAJARAM K. MATKARI,

    Respondent.

---

**ORDER TO SHOW CAUSE**

---

    Upon the petition of the United States and the Declarations of Revenue Agent Michael A. Salas, and REVENUE AGENT HEATHER A. STYRON, including the exhibits attached thereto, it is hereby

    ORDERED that the Respondent Rajaram K. Matkari appear before the Honorable _____, in Courtroom _____ in the United States District Court for the District of Colorado, located at _____, on the _____ day of _____, _____, at _____ \_\_.m., to show cause why he should not be compelled to obey the Internal Revenue Service administrative summons served upon him.

    It is further ORDERED that:

    1.    A copy of this Order, together with the Petition, the Declaration of Revenue Agent Michael A. Salas with its exhibits, and the Declaration of Revenue Agent Heather A. Styron with its exhibits, shall be served upon the Respondent in accordance with Fed. R. Civ. P. 4 within twenty-one (21) days of the date that this Order is served upon counsel for the United

States or as soon thereafter as possible. Pursuant to Fed. R. Civ. P. 4.1, the Court hereby appoints the group manager of Revenue Agent Heather A. Styron, and all federal employees designated by that group manager, to serve process in this case.

2. Proof of any service done pursuant to Paragraph 1, above, shall be filed with the Clerk of this Court as soon as practicable.

3. Because the file in this case reflects a prima facie showing that the investigation is being conducted for a legitimate purpose, that the inquiries may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Internal Revenue Code have been substantially followed, as required in *United States v. Powell*, 379 U.S. 48, 57-58 (1964), the burden of coming forward has shifted to the Respondent to oppose enforcement of the summons.

4. If the Respondent has any defense to present or opposition to the Petition, such defense or opposition shall be made in writing and filed with the Clerk and copies served on counsel for the United States, at least fourteen (14) days prior to the date set for the show cause hearing. The United States may file a reply memorandum to any opposition at least 5 days prior to the date set for the show cause hearing.

5. At the show cause hearing, only those issues brought into controversy by the responsive pleadings and factual allegations supported by affidavit will be considered. Any uncontested allegation in the Petition will be considered admitted.

6. Respondent may notify the Court, in a writing filed with the Clerk and served on counsel for the United States at the address(es) on the Petition, at least fourteen (14) days prior to the date set for the show cause hearing, that the Respondent has no objection to enforcement of the summons. The Respondent's appearance at the hearing will then be excused.

7. The Respondent is hereby notified that a failure to comply with this Order may subject him to sanctions for contempt of court.

DONE and ORDERED at _____, _____this _____ day of _____, \_\_\_\_\_.

_____
UNITED STATES DISTRICT JUDGE