# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Civil Action No. 18-mc-00051-MSK-KLM | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| RAJARAM K. MATKARI | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF ENTRY OF APPEARANCE

NOTICE IS HEREBY GIVEN that Michael F. Arvin, a Member in Good Standing of the Bar of this Court, enters his appearance on behalf of respondent Rajaram K. Matkari in the above-captioned matter.

Respectfully submitted,

Dated: April 12, 2018     by: /s/ Michael F. Arvin
　　　　　　　　　　　　　　Michael F. Arvin
　　　　　　　　　　　　　　Michael F. Arvin, Attorney, PC
　　　　　　　　　　　　　　3773 Cherry Creek North Drive
　　　　　　　　　　　　　　Suite 575
　　　　　　　　　　　　　　Denver, Colorado 80209
　　　　　　　　　　　　　　Telephone: (303) 629-6640
　　　　　　　　　　　　　　FAX:        (303) 629-6679
　　　　　　　　　　　　　　E-mail: arvinlawoffices-ecf@arvin-denver.com
　　　　　　　　　　　　　　Attorney for Respondent Rajaram K. Matkari

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of April, 2018, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

rika.valdman@usdoj.gov

Rika Valdman
U.S. Dept. of Justice Tax Division
PO Box 683
Ben Franklin Station
Washington DC 20044-0683
Attorney for the Government

      /s/ Michael F. Arvin
      Michael F. Arvin
      Michael F. Arvin, Attorney, PC
      3773 Cherry Creek North Drive, Suite 575
      Denver, Colorado 80209
      Telephone: (303) 629-6640
      FAX: (303) 629-6679
      E-mail: arvinlawoffices-ecf@arvin-denver.com
      Attorney for Respondent Rajaram K. Matkari