IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-mc-00051-MSK-KLM

USA,

    Petitioner,

v.

RAJARAM K. MATKARI,

    Respondent.

_____

### ORDER TO SHOW CAUSE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Petition to Enforce IRS Summons** [#1] (the "Petition").

IT IS HEREBY **ORDERED** that, **on or before May 21, 2018**, Respondent shall show cause, in writing, as to why he should not comply with and obey the IRS summons and every requirement thereof. Petitioner may file a reply **within 14 days of the filing of any response**.

IT IS FURTHER **ORDERED** that failure to respond to this Order to Show Cause will result in the Court making a determination on the Petition [#1] without the benefit of Respondent's input.

Dated:  April 30, 2018

BY THE COURT:

*[signature]*

Kristen L. Mix
United States Magistrate Judge