IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-mc-00051-MSK-KLM   )
)
UNITED STATES OF AMERICA,   )
)
      Petitioner,   )
)
v.   )
)
RAJARAM K. MATKARI,   )
)
      Respondent.   )

**UNOPPOSED MOTION TO EXTEND THE DUE DATE
FOR SUBMISSION OF RESPONDENT'S "SHOW CAUSE" BRIEF**

COMES NOW, Respondent, by and through undersigned counsel, and hereby respectfully requests that the Court extend the due date for submission of Respondent's brief in support of his position regarding Internal Revenue Service (IRS) Summons enforcement sought by the United States in this case. In support thereof, Respondent states as follows:

I. Introduction

1. On March 23, 2018, Petitioner United States of America filed its Petition to Enforce IRS Summons in this case. The subject Petition is accompanied, principally, by the Declarations of IRS Revenue Agents Michael A. Salas and Heather Styron, several copies of the IRS Summons the United States seeks to enforce on behalf of the

1

IRS, and a Proposed Order [Doc. # 1][1]. Undersigned counsel filed his Notice of Entry of Appearance on April 12, 2018 [Doc. # 5], and the Court entered its Order to Show Cause on April 30, 2018 [Doc. # 6]. Among other things, the Court's Order states that ". . .[o]n or before May 21, 2018, Respondent shall show cause, in writing, as to why he should not comply with and obey the IRS summons and every requirement thereof."

## II. Reason Respondent Seeks Extension of Time

2.On March 30, 2018, Respondent filed with IRS a Freedom of Information Act (FOIA) /Privacy Act request for documents and other items of information gathered by, and in the possession of, IRS which were generated and accumulated by IRS in the course of its investigation of Respondent to-date i.e. officially, a civil-side income tax examination and civil-side foreign bank account compliance examination. On April 24, 2018, an employee of IRS's Disclosure Office wrote to the undersigned acknowledging receipt of Respondent's March 30, 2018, FOIA/Privacy Act request, and further explained that its personnel will be unable to fulfill the said request until June 29, 2018, when it believes it can provide a "final response." See Exhibit One Attached.

3.As the Court well knows, IRS Summons enforcement is, to a certain degree, governed by the requirements described in *U.S. v. Powell*, 379 U.S. 48 (1964). One of the four (4) so-called *Powell* tests which IRS must meet to shift the burden to Respondent with regard to the question of Summons compliance is whether the Summons ". . .seeks information that is not already within the IRS's possession. . . ."

---

[1] [Doc. #] is the convention used by this writer to identify specific papers filed in the Court's case management and electronic filing system (CM/ECF).

[Doc. # 1, ¶ 13 and sub-paragraph 3 thereof].

    4.    Respondent seeks information which is in the IRS's files to aid in the preparation of its written response. Hence, Respondent must await FOIA/Privacy Act production from the IRS Disclosure Office before an analysis can be completed, before the results of that analysis can be integrated into a written response, and before compliance with the Court's Order can therefore adequately be achieved.

    5.    The undersigned has spoken with the attorney for the Government in this matter and is authorized to represent to the Court that she has no objection to the extension sought herein.

    WHEREFORE, Respondent respectfully requests that the Court dislodge the May 21, 2018, deadline previously set for Respondent's written response, and that the Court extend Respondent's submission date to a date no sooner than twenty-one (21) calendar days from June 29, 2018.

Respectfully submitted,

Dated: May 8, 2018     by: /s/ Michael F. Arvin
    **Michael F. Arvin**
    Michael F. Arvin, Attorney, PC
    3773 Cherry Creek North Drive
    Suite 575
    Denver, Colorado 80209
    Telephone: (303) 629-6640
    FAX:     (303) 629-6679
    E-mail: arvinlawoffices-ecf@arvin-denver.com
    Attorney for Respondent Rajaram K. Matkari

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2018, I electronically filed the foregoing UNOPPOSED MOTION TO EXTEND THE DUE DATE FOR SUBMISSION OF RESPONDENT'S "SHOW CAUSE" BRIEF with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

rika.valdman@usdoj.gov

Rika Valdman
U.S. Dept. of Justice Tax Division
PO Box 683
Ben Franklin Station
Washington DC 20044-0683
Attorney for the Government

/s/ Michael F. Arvin
Michael F. Arvin
Michael F. Arvin, Attorney, PC
3773 Cherry Creek North Drive, Suite 575
Denver, Colorado 80209
Telephone: (303) 629-6640
FAX: (303) 629-6679
E-mail: arvinlawoffices-ecf@arvin-denver.com
Attorney for Respondent Rajaram K. Matkari

**United States of America v. Rajaram K. MATKARI**

**USDC Case No.: 18-mc-00051-MSK-KLM**

**UNOPPOSED MOTION TO EXTEND
THE DUE DATE FOR SUBMISSION OF
RESPONDENT'S "SHOW CAUSE" BRIEF**

_____

# EXHIBIT ONE



**PRIVACY, GOVERNMENTAL LIAISON AND DISCLOSURE**

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

April 24, 2018

Michael Arvin
3773 Cherry Creek North Drive, Suite 575
Denver, CO 80209-3825

In Re: Rajaram K. Matkari                    RECEIVED APR 30 2018

Dear Michael Arvin:

I am responding to your Freedom of Information Act (FOIA) request dated March 30, 2018 that we received on March 30, 2018.

We are unable to send the information you requested by April 27, 2018, which is the 20 business-day period allowed by law. I apologize for any inconvenience this delay may cause. We have extended the response date to June 29, 2018 when we believe we can provide a final response.

You do not need to reply to this letter if you agree to this extension. You may wish to consider limiting the scope of your request so that we can process it more quickly. If you want to limit your request, please contact the individual named below. If we subsequently deny your request, you still have the right to file an administrative appeal.

If you dispute this response, you may contact our FOIA Public Liaison Jeffrey Austin to discuss your request at:

600 Arch Street Room 7214
Philadelphia, PA 19105
267-941-6424

The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS. There is no provision in either Act to resolve tax, collection, or processing issues and our staff is not trained to answer questions regarding those issues. If you need assistance with tax related issues, you may call the IRS toll free number at 1-800-829-1040.

Case 1:18-mc-00051-MSK-KLM Document 7 Filed 05/08/18 USDC Colorado Page 7 of 7

2

If you are unable to resolve your FOIA dispute through the FOIA Public Liaison, you also have the right to contact the Office of Government Information Services (OGIS). The Office of Government Information Services, the Federal FOIA Ombudsman's office, which offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> 202-741-5770
> 877-684-6448
> ogis@nara.gov
> ogis.archives.gov

You may file suit if you do not agree to an extension beyond the statutory period. Your suit may be filed in the U.S. District Court:

- Where you reside or have your principal place of business
- Where the records are located, or
- In the District of Columbia

You may file suit after May 11, 2018. Your complaint will be treated according to the Federal Rules of Civil Procedure applicable to actions against an agency of the United States. These procedures require that the IRS be notified of the pending suit through service of process, which should be directed to:

> Commissioner of Internal Revenue
> Attention: CC:PA: Br 6/7
> 1111 Constitution Avenue, NW
> Washington, D.C. 20224

If you have any questions please call Senior Disclosure Specialist M. Williams ID # 0571796, at 904-661-3215 or write to: Internal Revenue Service, Centralized Processing Unit – Stop 93A, PO Box 621506, Atlanta, GA 30362. Please refer to case number F18089-0098.

Sincerely,

*Jeffrey V. Austin*

Jeffrey V Austin
Disclosure Manager
Disclosure Office 07