IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-mc-00051-MSK-KLM

USA,

    Petitioner,

v.

RAJARAM K. MATKARI,

    Respondent.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Respondent's **Unopposed Motion to Extend the Due Date for Submission of Respondent's "Show Cause" Brief** [#7] (the "Motion").

IT IS HEREBY **ORDERED** that Respondent shall file his written response to the Order to Show Cause [#6] **on or before July 23, 2018**.

Dated:  May 10, 2018