## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-mc-00051-MSK-KLM )
)
UNITED STATES OF AMERICA, )
)
      Petitioner, )
)
v. )
)
RAJARAM K. MATKARI, )
)
      Respondent. )

## [PROPOSED] ORDER ON SECOND MOTION TO EXTEND DUE DATE
## FOR SUBMISSION OF RESPONDENT'S "SHOW CAUSE" BRIEF

THIS MATTER comes before the Court on Respondent Rajaram K. Matkari's Second Motion to Extend the Due Date for Submission of Respondent's "Show Cause" Brief and this Court, after having had the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, hereby:

ORDERS that Respondent's Motion is GRANTED, and his written response to the Petition of the United States in this case shall be filed no later than _____.

Dated:     July \_\_\_\_\_, 2018.

                                                _____
                                                KRISTEN L. MIX
                                                United States Magistrate Judge