IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-mc-00051-MSK-KLM

USA,

    Petitioner,

v.

RAJARAM K. MATKARI,

    Respondent.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Respondent's **Second Motion to Extend the Due Date for Submission of Respondent's "Show Cause" Brief** [#10] (the "Motion"). Petitioner filed a Response [#12] in opposition. The Court issued an order requiring Respondent to show cause as to why he should not comply with and obey an IRS summons. *Order to Show Cause* [#6]. Respondent seeks a second extension of time to respond because he is awaiting the records he requested from the IRS Disclosure Office via a Freedom of Information Act ("FOIA") request. *Motion* [#10] at 2. The IRS Disclosure Office has extended its response date to July 20, 2018. *Id.* at 7. Thus, Respondent seeks an extension in order to review the FOIA documents and attempt to address the demands contained in the IRS Summons, which may narrow the issues in this matter. Finding good cause,

    IT IS HEREBY **ORDERED** that the Motion [#10] is **GRANTED**. Respondent shall file his written response to the Order to Show Cause [#6] **on or before August 13, 2018**.

    Dated:  July 19, 2018