**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| Civil Action No. 18-mc-00051-MSK-KLM | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| RAJARAM K. MATKARI | ) |
| | ) |
| Respondent. | ) |

**NOTICE OF CHANGE OF ATTORNEY ADDRESS**

In accordance with D.C.COLO.LAttyR 5(c), Michael F. Arvin, attorney of record for Respondent Rajaram K. Matkari, hereby informs the Court of a change in the Firm office address effective September 24, 2018. Counsel's new office address is: 501 South Cherry St., Suite 1100, Denver, Colorado 80246-1323. Telephone number and all other contact details remain the same as before this change.

Respectfully submitted,

Dated: October 1, 2018

by: s/ Michael F. Arvin
*Michael F. Arvin*
Michael F. Arvin, Attorney, PC
501 South Cherry St.
Suite 1100
Denver, Colorado 80246-1323
Telephone: (303) 629-6640
FAX:            (303) 629-6679
E-mail: arvinlawoffices-ecf@arvin-denver.com
Attorney for Respondent Rajaram K. Matkari

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of October, 2018, I electronically filed the foregoing NOTICE CHANGE OF ATTORNEY ADDRESS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

rika.valdman@usdoj.gov

Rika Valdman
U.S. Dept. of Justice Tax Division
PO Box 683
Ben Franklin Station
Washington DC 20044-0683
Attorney for the Government

                                      s/ Michael F. Arvin
                                      *Michael F. Arvin*
                                      Michael F. Arvin, Attorney, PC
                                      501 South Cherry St.
                                      Suite 1100
                                      Denver, Colorado 80246-1323
                                      Telephone: (303) 629-6640
                                      FAX:       (303) 629-6679
                                      E-mail: arvinlawoffices-ecf@arvin-denver.com
                                      Attorney for Respondent Rajaram K. Matkari