# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-mc-00051-MSK-KLM )
)
UNITED STATES OF AMERICA, )
)
      Petitioner, )
)
v. )
)
RAJARAM K. MATKARI, )
)
      Respondent. )

## UNOPPOSED MOTION TO EXTEND THE DEADLINE UNDER FED.R.CIV.P. 72 FOR THE FILING OF OBJECTIONS TO THE COURT'S RECOMMENDATION

RESPONDENT, through undersigned counsel, respectfully requests that the Court add twenty-one (21) days to the currently established deadline for the filing of Objections to the Court's recently filed Recommendation in the above-entitled case. In support, Respondent states as follows:

1.    Petitioner Internal Revenue Service ("IRS"), through the U.S. Department of Justice Tax Division, filed its Petition in this Summons enforcement action on March 23, 2018. [Doc. # 1][1] On August 13, 2018, Respondent filed his Response to the Petition [Doc. # 14], and on August 27, 2018, the United States filed its Reply to

---

[1] [Doc. # xx] is the convention used by this writer to designate specific papers filed in this case utilizing the Courts' case management/electronic filing system (CM/ECF).

Respondent's Response. [Doc. # 15].

2.      Six (6) months and several weeks later, on March 19, 2019, the Court issued its Recommendation in this matter urging the District Court to order enforcement of the Summons as originally drafted. [Doc. # 17].

3.      The Court, primarily for purposes of applying the various tests laid out in *Grosso v. United States*, 390 U.S. 62 (1968) to this fact pattern and to test its conclusions in this case with the decisions of various Circuit Courts of Appeal, has reached a number of legal conclusions that are worthy of additional analysis and require further research. Respondent's counsel simply asks for 21 additional days within which to complete and conclude his work.

4.      No prior extension of time with regard to the filing of objections has been requested in this case.

5.      Undersigned counsel is authorized to represent to the Court that Petitioner's counsel has no objection to the granting of this motion.

WHEREFORE, in light of the observations made above as well as the inherent importance of the issues presented for decision in this Circuit, Respondent respectfully requests that twenty-one (21) days be added to the original time period provided by FED.R.CIV.P. 72 for the filing of his objections (currently, 14 days with required filing on April 2, 2019). Accordingly, by way of this motion, Respondent asks that the deadline for the timely filing of specific objections be extended to April 23, 2019.

Respectfully submitted,

Dated: March 31, 2019      by: /s/ Michael F. Arvin
Michael F. Arvin
Michael F. Arvin, Attorney, PC
501 South Cherry Street
Suite 1100
Denver, Colorado 80246-1323
Telephone: (303) 629-6640
FAX: (303) 629-6679
E-mail: arvinlawoffices-ecf@arvin-denver.com
Attorney for Respondent

# CERTIFICATE OF SERVICE

      I hereby certify that on this 31th day of March, 2019, I electronically filed the foregoing UNOPPOSED MOTION TO EXTEND THE DEADLINE UNDER F$_{ED}$.R.C$_{IV}$.P. 72 FOR THE FILING OF OBJECTIONS TO THE COURT'S RECOMMENDATION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:


rika.valdman@usdoj.gov

Rika Valdman, Trial Attorney
U.S. Dept. of Justice Tax Division
Civil Trial Section – Western Region
PO Box 683
Washington DC 20044
202-514-6056 (v)
202-307-0054 (f)
Attorney for Petitioner


Courtesy Copy
*via* Separate Electronic Mailing to:

Ryan.Watson@usdoj.gov

Ryan S. Watson, Trial Attorney
U.S. Department of Justice Tax Division
Civil Trial Section – Western Region
P.O. Box 683
Washington, D.C. 20044
202-514-5173 (v)
202-307-0054 (f)


                                      /s/ Michael F. Arvin
                                      Michael F. Arvin