## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 18-mc-00051-MSK-KLM )
)
UNITED STATES OF AMERICA, )
)
      Petitioner, )
)
v. )
)
RAJARAM K. MATKARI, )
)
      Respondent. )

## [PROPOSED] ORDER GRANTING MOTION
## TO EXTEND RULE 72 DEADLINE

**THIS MATTER** comes before the Court on Respondent Rajaram K. Matkari's referenced Motion and this Court, after having had the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, hereby:

**ORDERS** that the deadline for timely filing of Respondent's Objections to the Recommendation in this case filed March 19, 2019, is hereby extended to Wednesday, April 23, 2019.

Dated this 1st day of April, 2019.

BY THE COURT:

_____
KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO